

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00292-CR

Armando **SIMON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR2132
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and the case is REMANDED to the trial court with instructions to dismiss the State's motion to revoke. We additionally instruct the trial court to reinstate the original conditions of community supervision signed on October 24, 2011.

SIGNED July 30, 2014.

_____
Rebeca C. Martinez, Justice